# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George T. Taitano, | No. CV-06-0973-ROS (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Coalinga, | |
| Defendant. | |

The Court has received Plaintiff's Response to Order to Show Cause (Doc. 19) and will construe the paper as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Having reviewed the request, and good cause appearing,

**IT IS ORDERED** Plaintiff's request for voluntary dismissal (Doc. 19) **IS GRANTED.**

**FURTHER ORDERED** Plaintiff's Amended Complaint (Doc. 12) **IS DISMISSED WITH PREJUDICE.** The Clerk shall close this case.

DATED this 26th day of May, 2009.

Roslyn O. Silver
United States District Judge